UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/21

Tomas Chitic Cua,

        Plaintiff,

–v–

Gochujang LLC, *et al.*,

        Defendants.

20-cv-7735 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A jury trial is tentatively scheduled for April 4, 2022, to proceed for a maximum of five days. Accordingly, the Court will conduct a final pretrial conference on March 25, 2022, at 3:15 p.m. in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: September 28, 2021
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge