USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tomas Chitic Cua,

        Plaintiff,

—v—

Gochujang LLC, *et al.*,

        Defendants.

20-cv-7735 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court on September 28, 2021, scheduled a final pretrial conference for March 25, 2022, at 3:15 p.m. Dkt. No. 51. That conference is hereby rescheduled to March 25, 2022, at 10:00 a.m., to be held in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: September 29, 2021
      New York, New York

                                 ALISON J. NATHAN
                                 United States District Judge