# CSM Legal, P.C.
### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                  Telephone: (212) 317-1200
New York, New York 10165                                        Facsimile: (212) 317-1620
_____

February 8, 2022

**BY ECF**
Hon. Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 906
New York, NY 10007

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _2/9/22___ |

Re:    Chitic Cua et al v. Mama's K-Food LLC et al; 20-cv-07735

Your Honor:

This firm is counsel to the Plaintiff in the above matter. I am writing to respectfully request *nunc pro tunc,* an extension of time to file the letter ordered by the Court on February 3, 2022. The reason for this request is that Defendants have not yet responded to requests for input regarding the clarification requested.

We thank the court for its time and attention to this matter.

The parties shall jointly file a letter clarifying whether the parties request a bench trial instead of a jury trial by February 11, 2022.

SO ORDERED.

2/9/22

Respectfully Submitted,

/s/Clela Errington
Clela A. Errington, Esq.
CSM Legal, P.C.
*Attorneys for Plaintiffs*

Cc: Do Kyung Kim, Esq. (via ECF)