UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/22

Chitic Cua et al.,

        Plaintiffs,

–v–

Gochujang LLC et al.,

        Defendants.

20-cv-7735 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the parties' agreement to waive the jury demand, Dkt. No. 61, the Court will proceed with a bench trial on April 4, 2022, in in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. A final pretrial conference is scheduled for March 25, 2022, at 10:00 a.m. in Courtroom 906. Dkt. No. 52.

    The parties are ORDERED to review the Court's Individual Practice in Civil Cases and, after a meet and confer, shall file a joint pretrial report by March 2, 2022. Any motions in limine shall be filed by March 2, 2022, responses to those motions by March 16, 2022, and any replies by March 23, 2022.

    Per Individual Rule 6.F, the parties are further ORDERED to file by March 2, 2022, proposed findings of fact and law and direct testimony declarations, witness, except for the direct testimony of an adverse party, a person whose attendance is compelled by subpoena, or a person for whom the Court has agreed to hear direct testimony live at the trial.

    SO ORDERED.

Dated: February 11, 2022
      New York, New York

_____
ALISON J. NATHAN
United States District Judge