UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/8/22

Chitic Cua et al.,

        Plaintiffs,

    –v–

Gochujang LLC et al.,

        Defendants.

20-cv-7735 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties on March 2, 2022, filed a joint pretrial report. Dkt. No. 63. Per the Court's Individual Practice in Civil Cases, Rule 6.E, the parties were to submit to the Court a thumb drive containing one copy of each documentary exhibit sought to be admitted and to additionally file exhibits on ECF. The parties are hereby ordered to comply with Rule 6.E by March 11, 2022.

    SO ORDERED.

Dated: March 8, 2022
       New York, New York

                                            ALISON J. NATHAN
                                            United States District Judge