USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chitic Cua et al.,

    Plaintiffs,

–v–

Gochujang LLC et al.,

    Defendants.

20-cv-7735 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

  The final pretrial conference scheduled for March 25, 2022, is hereby adjourned. A new date for the conference will be scheduled soon.

  SO ORDERED.

Dated: March 24, 2022
   New York, New York

                ALISON J. NATHAN
                United States District Judge